# IN THE SUPREME COURT OF THE STATE OF NEVADA

BARRYMORE COX,
                     Appellant,
        vs.
SAW-WILL, INC., A NEVADA
CORPORATION, D/B/A FREMONT
HOTEL AND CASINO; AND M.
LUTLEY, AN INDIVIDUAL,
                     Respondents.

No. 80869

FILED

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a commissioner's decision on challenge to authority or action of arbitrator. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule authorizes an appeal from a commissioner's decision on a challenge to the authority or action of an arbitrator. Moreover, the decision is not signed by a district court judge. A decision that is not signed by a district court judge cannot be appealed. *See State, Div. of Child and Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"); NRAP 3A(b) (allowing appeals from orders of the district court); NRCP 58(c) (providing that no judgment is effective

for any purpose until it is signed by the court and filed with the clerk). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. William D. Kephart, District Judge
      Barrymore Cox
      M. Lutley
      Olson, Cannon, Gormley, & Stoberski
      Eighth District Court Clerk